**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

|  |  |
|---|---|
| ELENA MURPHY, as mother and next of friend of Desiree Irizarry Murphy, a Minor, ) ) ) ) |  |
| Plaintiffs, ) |  |
| v. ) | 2006-CV-0040 |
| ) |  |
| GRACIELA RIVERA; CARIBBEAN AUTO MART OF ST. CROIX, INC.; JAMAL MISBEH, d/b/a A One Mini Mart & Service Station; and LUIS DANIEL RIVERA, ) ) ) ) ) |  |
| Defendants. ) |  |

TO:   Lee J. Rohn, Esq.
      Douglas L. Capdeville, Esq.
      Jomo Meade, Esq.
      Maria T. Hodge, Esq.

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANT JAMAL MISBEH TO RESPOND TO DISCOVERY**

THIS MATTER came before the Court upon Plaintiff's Motion to Compel Defendant Jamal Misbeh to Respond to Discovery (Docket No. 120). Defendant Jamal Misbeh (Misbeh) has not filed a response to said Motion. The time for filing a response has expired.

Plaintiff alleges that Misbeh has completely failed to respond to Plaintiff's Interrogatories and Demand for Production of Documents dated September 28, 2007.

*Murphy v. Rivera*
2006-CV-0040
Order Regarding Plaintiff's Motion to Compel
Page 2

Motion at 1.  The record reflects that Misbeh filed responses to said Interrogatories on July 16, 2008, but has yet to respond to the Demand for Production of Documents.

Accordingly, it is now hereby **ORDERED:**

1. Plaintiff's Motion to Compel Defendant Jamal Misbeh to Respond to Discovery (Docket No. 120) is **GRANTED IN PART AND DENIED IN PART**.

2. Plaintiff's Motion to Compel Defendant Jamal Misbeh to Respond to Discovery is **DENIED AS MOOT** with respect to the Interrogatories.

3. Plaintiff's Motion to Compel Defendant Jamal Misbeh to Respond to Discovery is **GRANTED** with respect to the Demand for Production of Documents.

4. Within ten (10) days from the date of entry of this order, said Defendant shall serve upon counsel for Plaintiff responses to Plaintiff's Demand For Production of Documents dated September 28, 2007.

ENTER:

Dated: July 21, 2008                                         /s/
                                                    GEORGE W. CANNON, JR.
                                                    U.S. MAGISTRATE JUDGE